**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1916**

DERRICK MICHAEL ALLEN, SR.,

        Plaintiff - Appellant,

    v.

DURHAM COUNTY MAGISTRATE OFFICE; E. HUNT; DANIEL WILLIS; JUDGE JONES; JUDGE DAVIS; DURHAM CO. DETENTION FACILITY; CHIEF PRIGNANO; LAVERNE T. ALLEN; DURHAM COUNTY DISTRICT ATTORNEY OFFICE; HEAD D.A. DEBERRY,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:21-cv-00409-TDS-LPA)

Submitted: December 21, 2021              Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaint because Allen qualified as a three-striker under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), failed to pay the filing fee, and failed to allege that he was under imminent danger of serious injury. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Allen v. Durham Cnty. Magistrate Off.*, No. 1:21-cv-00409-TDS-LPA (M.D.N.C. Aug. 18, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*